# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon,GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
926 La Canada Verdugo Road, Altadena CA 91001
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF  MASSACHUSETTS

| | |
|---|---|
| **ADRIAN DAMICO MOON,** <br><br> Petitioner, <br><br> **vs.** <br><br><br> **INDIRA TALWANI ,** <br><br> Respondent, <br><br><br> **" JUDGMENT IS COMING "** <br><br> **# $7,000,000,000.00** | Case No. _____ <br><br> <u>Lead Identical Pending Related Case:</u> <br><br> U.S.A./ SATAN et.al. vs MOON, 2023 CCC 0025, Superior Court , D.C., BA332095 ; BA362256, BC340942 , 20STCP04250,Superior Court, L.A. ; <br><br> **PETITION FOR ANTI-STALKING TEMPORARY RESTRAINING (T.R.O.)  AGAINST UNDERLING OF SATAN'S GOVERNMENT INDIRA TALWANI PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 (b) (1-4) ET. SEQ. ; M. G. L. c. 265-43A; California Code Civil Procedure 527..6; 527.8 ; D.C. CODE SECTIONS 22-3131 THROUGH 22-3135 ; 18 U.S.C. 2261(A) ET. SEQ.** <br><br><br> **COVID-19: HOST, HOAX, OR HOLY SPIRIT** |

## PETITION

**I AM ADRIAN DAMICO MOON,** ( hereinafter, 'daredeemer') Petitioner, Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

PETITION FOR TEMPRARY RESTRAINING (T.R.O.) ANTI-STALKING ORDER AGAINST INDIRA TALWANI
PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 65 ; D.C. CODE SECTIONS 22-3131-3135 ; 18 U..S.C. 2261 (A)
ET. SEQ. - 1

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

## PREFACE

" Parable- Hue-mans are ALL different shades of Hue from da pailest of da pail to da darkest of Brown , there is no should Hueman as a White, nor Black Hueman. da Hueman race is da only race in da Universe as there has been no living life form found on any other planet in da Universe , da only racist in da Universe is Satan, Lucifer da fallen Loser ! As You have to hate ALL hueman beings to be a Racist, Given da facts that Huemans are da only Race in da Universe and Satan is da only Racist in da Universe then Who In-Hell stole da ( e) out of da word Hu (e) man ? "

## RESPONDENT INDIRA TALWANI :

1. On or about October 10, 2025, Respondent Indira Talwani, with evil , vicious , heinous , Hamas Domestic Terrorism criminal conspired with Tanya Sue Tanya specifically and Satan et. al. generally to not allow 'daredeemer' to be amended in case no. 1:25-cv-13165-IT as da sole and only Plaintiff.   Defendant Talwani, stating, " YOU HAVE TO FILE YOUR OWN CASE" which cause 'daredeemer' to fear for his safety and duress and actual cost and damages of $7,000,000,000.00.

2. On February 2, 2026 , Respondent Talwani with evil, vicious , heinous , Hamas Domestic Terrorism criminally conspired then issued an order deeming 'daredeemer' a vexatious litigant without cause to chill 'daredeemer' from exercising his protected rights in litigating his case a da sole and proper plaintiff. Respondent Talwani has engaged in an attempt of Murder , theft , and mayhem against 'daredeemer' causing 'daredeemer' to fear for his safety and could not sleep for weeks.

3. On February 10, 2026, Respondent Talwani received 'daredeemer's Motion to Correct da Case Caption… and has again failed to adjudicate over (7) Motions received and not filed causing 'daredeemer' to fear for his life and safety.

4. On February 10, 2026, Respondent Mob Boss Mary Ann Murphy directed her underlings David Ormon Carter, Tanya Sue Chutkan, Jill Christie Boddie, Indira Talwani, Anna Elizabeth Blackburne -rigsby  to not allow 'daredeemer' to Vacate, Set-Aside, and Strike da Pre-filing order of September 20, 2022, see, read , understand, and consider case entitled L.A. ALLIANCE HUE-MAN RIGHTS et. al. vs. City and County of Los Angeles et. al. case no 2:20-cv-02291-DOC, docket # 1152 through 1169 et. seq.

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

and Petition For Anti-Stalking Temporary Restraining Order ( t.r.o. ) against David Ormon Carter, Anna Elizabeth Blackburne-rigsby , Jill Christie Boddie, Tanya Sue Chutkan, Indira Talwani, as Motions A, B, C, D, incorporated by this reference. Which caused 'daredeemer' to fear for his life , remain homeless, suffer emotional stress of losing property in Altadena and Palisades, California  actual cost and damages of $7,000,000,000.00.

5. On April 5, 2005, in case Moon vs. Cade et. al BC340945, Superior Court, Los Angeles, Defendant Mary Ann Murphy, after being served with a timely and proper C.C.P. 170.6 from both da Plaintiff and Defendant sides in da case failed to recuse herself. Respondent Murphy, Warren Cade, and Jill Christie Boddie were engaged in a triangle Homosexual illegal relationship, Then Respondent Murphy in retaliation filed a pre-filing order against 'daredeemer' to protect her lovers Cade and Boddie which stands to date !

6. Since March 31, 2023 to present Respondent Jill Christie Boddie, a.k.a. 'Killer' , with evil, vicious, heinous , Hamas Domestic Terrorism criminally conspired with co-defendants Mob Boss Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Jason Lavey, Julio Castillo, Sherman Williams, Roquisha Wilson-Jefferson, Corrine Ann Beckwith, Court of Appeal, D.C., Tanya Sue Chut Ann Murphy, Patricia Donahue, Sarah Steilberger, Tulikka Cee, Kimberly Sheree Knowles, John J. Sample , Thomas Healy, Dante Owens, specifically, and Satan, ROES / DOES 1-350 inclusively , generally traveled to kill, steal, and destroy 'daredeemer'.

7. On March 31, 2023, Mob Boss Anna Blackburne-rigsby and her underlings directed da Metropolitan D.C. Police Department falsely arrest 'daredeemer' for da charges of Kidnaping, Assault , Grand Theft, Vandalism , Attempted Murder which 'daredeemer' feared for his safety , felt seriously alarmed and disturbed , and suffer emotional distress. See, read, understand, and consider attached Motion A ( ) Arrest Document  incorporated by this reference.

8. On December 15, 2023, Defendant Corrine Ann Beckwith ( acting Chief Judge )

# FROM DA KINGDOM OF Adrian 'daredeemer'

### By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

(202) 879-2728 recused Anna Elizabeth Blackburne-rigsby from cases 2023 CCC 0025 and all cases on Appeal ( 23-FM-0830 ; 23-CO-0863 ; 23-C0-0955; 24-C0-0495; 23-CO-0632, but filed to Vacate , Set-Aside and Strike all Defendant  Mob Boss Anna Elizabeth Blackburne-rigsby orders.  Which caused 'daredeemer' fear for his safety , seriously alarmed , disturbed and frightened and suffer emotional stress and actual damages of $7,000,000,000.00. See, read, understand, and consider attached Motion B ( ) order dated December 15, 2023) incorporated by this reference.

5.  On December 19, 2023, Respondent Murphy, Boddie , Blackburne-rigsby, Patricia Donahue , Steilberger with vicious, evil , heinous, Hamas Domestic Terrorism criminal conspired to abduct 'daredeemer' , kidnapped for Ransom to Satan's stronghold D.O.C. D.C. Jail until December 29, 2025.

6.  On April 10, 2023, Defendant Mob Boss Anna Elizabeth Blackburne-rigsby directed her underlings to destroy 'daredeemer's RESPONSE to Defendant Thomas Healy's Motion to Withdraw as Appointed Counsel then Dismissed case no .24-CM-0495 see attached Motion C (  ) pages incorporated by this reference.

5.  On September 10, 2025, Recused Defendant Mob Boss Anna Elizabeth Blackburne-rigsby issued another illegal order. Terrorist threatening that 'daredeemer' shall be arrested if he was to enter into Court of Appeal, D.C. to file documents . 'daredeemer' has filed over Twenty (20) pleading through da email: emergencyfilings@dcappeal.gov and Recused Defendant Mob Boss Anna Elizabeth has not filed and docketed these pleading in contempt of his own illegal voidable order of September 10, 2025  see attached Motion B (  ) pages incorporated by this reference.

**Orders To Be Issued:**

6.  'daredeemer' request that da court issue a Temporary Anti-Stalking Restraining order against Respondent Indira Talwani and set a hearing for a permanent Anti-Stalking Restraining .

7.  Order that Respondent Mary Ann Murphy, Vacate. Set-Aside , and Strike retroactively da pre-filing order dated April 1, 2028 in case Moon vs. Cade et. al. case no.

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

BC340942. And not make any contact with Petitioner except by way of a retained Lawyer.

8. Issue stay away orders of Respondent Mary Ann Murphy to stay away for Petitioner 's person at least 500 yards ; Home; Vehicle ; legal case especially cases whereby Adrian Damico Moon was, is , and to be a party to da action.

9. Order that Respondent Mary Ann Murphy can voluntarily resign as Judicial officer in any Court of da United States of America in lieu of a scheduling of an Congressional Hearing with da United States Congress for investigation , indictment, impeachment and prosecution.

10. 'daredeemer' reserves da right to add evidence , and witnesses at da hearing for da Temporary Anti-Stalking Restraining Order Hearing .

12. On February 10, 2026, Respondent Murphy and Defendant David Ormon Carter with vicious, evil , heinous , Hamas Domestic Terrorism criminally conspired then denied to hear 'daredeemer' s Ex parte Application to Vacate , Set-aside , and strike Defendant Carter's pre-filing order of September 20, 2022.

13. Respondent Indira Talwani to undergo a full battery of Mental , Medical , Physical Health evaluations and Drug Use Testing before da hearing on da permanent Anti-Stalking Restraining Order, forthwith.

'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God..

DATED : February 14, 2026          by: _____

KING Adrian 'daredeemer' Moon, Petitioner