Motion 3 (2) pages

criminal conspiracy

# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

]]
Adrian Damico Moon,GBN#Chosen one
611 Pennsylvania Ave, SE #310
Washington D.C. 20003
Cell (771) 215-8153  admoon172@gmail.com

Attorney For Petitioner In Pro se

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF MASSACHUSETTS

ADRIAN DAMICO MOON, an individual recipient of SNAP and suing in his official capacity as Czar of Homelessness and Anti-Semitic Reform

Plaintiff,

vs.

SATAN, a spiritual being, a.k.a. Lucifer da fallen Loser and Also being sued in his official capacity as Ruler of this World, **Donald John Trump**, a.k.a 'teflon don', an individual being sued as da President of da United States of America, **GAIL MACDONALD MARCHIONE**, an individual and being sued in her official capacityas courtroom clerk for Indira Talwani ,Judge , **SAVANNAH COOK**, an individual and being sued in her official capacity as Docket clerk for Indira Talwani,Judge, **BRIAN LAWRENCE SCHWALB**, an individual and being sued in his official capacity as Attorney General for District of Columbia , **INDIRA TALWANI**, an individual and being sued in her official capacity as employee of Satan Government, **UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS**, in her official capacity as U.S. Secretary of Agriculture ; **UNITEDD STATES OFFICE OF**

Case No. __1:25-CV-13165-IT__

Lead Identical Pending Related Case:

Moon vs. Satan et.al case no. 1:25-CV-03988-TSC

**EX PARTE APPLICATION TO CORRECT DA CASE CAPTION TO DELETE DA IMPROPER ILEGALLY NAMED PLAINTIFFS THEN TO ADD DA PROPER SOLE PLANITFF ADRIAN DAMICO MOON AND TO AMEND PROPER DEFENDANTS**

[ To be heard Concurrently with All da other Pleadings and Motions filed by 'daredeemer']

**Erroneously Assigned to Honorable Indira Talwani, District Judge**

**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

EX PARTE APPLICATION TO CORRECT CASE CAPTION AND TO DELETE ILLEGAL NAMED PLAINTIFF, THEN ADD SOLE PLAINTIFF ADRIAN DAMICO MOON AND AMEND DEFENDANTS ET. SEQ. - 1

Motion 3 (2) pages

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

MANAGEMENT AND BUDGET;
RUSSELL VOUGHT. In his official
capacity as Director of da United States
office of Management and Budget;
UNITED STATES OF AMERICA,

      Defendants,

" JUDGMENT IS COMING "

# $7,000,000,000.00

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

I AM ADRIAN DAMICO MOON, ( hereinafter, 'daredeemer') Sole Plaintiff , Attorney In Pro Se, Israelite, Chosen one , begotten Son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi, Yeshua , Jesus Christ da Messiah... paragon, with integrity, and veracity proclaim and decree as follows,

1. 'daredeemer' in da sole plaintiff in case as a SNAP recipient of da District of Columbia . Defendants Kathryn Ann Barger-Liebrich, Janice Hahn and da other Board of Supervisors of Los Angeles County denied 'daredeemer's General Relief Money force 'daredeemer' to turn over $2700.00 in Food Stamps and stole approximately $3,000.00 dollars of accumulated General Relieve Funds because 'daredeemer' was being held hostage at Satan' stronghold D.O.C. D.C. Jail for da last two years !

2. All Lawyers for current purported Plaintiffs are not SNAP recipients but their clients are States or Politician of those respective states and are properly non-party and only can filed non-party applications like Rule 24 ( Intervenor or Amicus Briefs).  See, read , understand , and consider Doc. # 117 February 2, 2026 order of Defendant Talwani that should have been directed to them and not 'daredeemer'.

3. This Ex Parte Application shall be heard concurrently with all da other pending Motion filed by 'daredeemer' in da Court's possession,

DATED : February 14, 2026

EX PARTE APPLICATION TO CORRECT CASE CAPTION AND TO DELETE ILLEGAL NAMED PLAINTIFF, THEN ADD SOLE PLAINTIFF ADRIAN DAMICO MOON AND AMEND DEFENDANTS ET. SEQ.  - 2