# FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

Adrian Damico Moon, GBN # Chosen one

611 Pennsylvania ave , SE #310

Washington , D.C. 20003

Cell (771) 215-8153  admoon172@gmail.com

## UNITED STATES DISTRICT COURT
## CIVIL AND CRIMINAL DIVISIONS
## IN DA DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADRIAN DAMICO MOON,**<br><br>Petitioner, Plaintiff, and Appellant,<br><br>vs.<br><br>**INDIRA TALWANI ,**<br><br>Respondent, Defendant, And Appellee,<br>Roes and Does 1- 350 inclusively,<br>**" JUDGMENT IS COMING "**<br>**# $ 7,000,000,000.00**<br>**COVID-19 HOST, HOAX, OR HOLY SPIRIT** | Case No.   **1:26-cv-000780-RBW**<br>**Designated Lead Case :**<br>**MOON VS. BODDIE, CASE NO.**<br>**1:26-CV-0560- RBW ; Identical**<br>**Related Lead case no. 1:26-cv-10985-LEW**<br><br><br>**( Proposed ) ORDER THEREON** |

As these matters came by regularly to da Court having consider da Declaration,

pending cases and motion before da court in all Petitions and Complaints filed by

'daredeemer' to da satisfaction that these matters ought to be granted!

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND ON THIS COURT'S OWN MOTION, IT IS SO ORDERED  ,**
**THAT:**

1. This Extreme Emergency Motion for Leave for orders is hereby granted in it's entirety.
2. Case entitled Moon vs. Talwani, case no. 1:26-cv-10985-lew is hereby consolidated into lead case Moon vs. Talwani, 1:26-cv-0780-RBW, forthwith...
3. Case ENTITLED : Commonwealth of Massachusetts et. al. vs. U.S.A. et. al case no. 1:26-cv-13165-IT and L.A. Alliance et. al. vs. City and County of Los Angeles , case no. 2:20-cv-02291-DOC (kesx) are hereby consolidated

# FROM DA KINGDOM OF Adrian 'daredeemer'

## By Proclamation And Decree Under Da Blood of Yeshua Jesus Christ da Messiah...

into Designated Lead Case ENTITLED : Moon vs. Satan, roes/does 1-350 , case no. 1:25-cv-03988-TSC after it's re-opening , forthwith ...

4.  All Respondents , Defendants, and Appellees are hereby ordered to pay sanctions in da amount of $25,000.00 each payable to Adrian Damico Moon due and paid within Ten ( 10) days without fail of da date of this order.

Any And All other relief this court deems proper, just and equitable AMEN AND AMEN

**DATED: MAY    , 2026**

_____

**HONARABLE REGGIE B. WALTON , SEN. JUDGE**
**UNITED STATES DISTRICT COURT OF COLUMBIA**

( PROPOSED ) ORDER THEREON - 2