# FROM DA KINGDOM OF Adrian 'daredeemer'

**By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...**

Adrian Damico Moon, #GBN Chosen one
611 Pennsylvania ave , SE #310
Washington D.C. 20003
Cell ( 771 ) 215-8153 admoon172@gmail.com

Attorney For Plaintiff In Pro Se

FILED
IN CLERKS OFFICE
2026 NOV 25 P 1:4
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**CIVIL AND CRIMINAL DIVISIONS**
**DISTRICT OF MASSACHUETTS**

**ADRIAN DAMICO MOON,** an individual SNAP recipient, **Citizen Of Heaven,** and suing in his official capacity as Czar of Homelessness And Anti-Semitic Reform,

**Plaintiff,**

**vs.**

**INDIRA TALWANI, DENISE JEFFERSON CASPER, TANYA SUE CHATKAN, CHRISTOPER REID COOPER, JAMES EMANUEL BOASBERG, JILL CHRISTIE BODDIE, ANNA ELIZABETH BLACKBURNE RIGSBY, DONALD JOHN TRUMP . SATAN, MURIEL BOWSER, BERYL ALIANE HOWELL, ELLIZABETH CARROLL WINGO, REGGIE BARNETT WALTON,** all individuals and being sued in their official capacities as an Organized Crime Syndicate C.C. B. Inc., **ET. AL.**

**Defendants And C.C.B. Inc. Members,**

**" JUDGMENT IS COMING"**
**# $ 7,000,000,000.00**
**COVID-19: HOST, HOAX, OR HOLY SPIRIT**

**Case No. 1:26-CV-10985-LEW ( jcn)**

Identical Pending Related Lead Cases:

MOON VS. BODDIE, 1:26-CV-0560-RBW, U.S. District Court, D.C.

**EXTREME EMERGENCY APPLICATION FOR MOTION FOR DISQUALIFICATION AGAINST DISHONORABLE DEFENDANT LANCE EDWARD WALKER, RECUSED 'boytoy' FOR ORDERS TO : 1. TRANSMIT AND CONSOLIDATE THIS INSTANT CASE INTO LEAD CASE MOON VS. BODDIE, 1:26-CV-0560-RBW AND 2. DEFENDANTS DONALD JOHN TRUMP AND MURIEL BOWSET BY EXECUTIVE ORDER THOUGH DA JUSTICE FUND PAY ADRIAN DAMICO MOON DA LUMP SUM OF SEVEN (7) BILLION DOLLARS FROM DEFAULT JUDGMENT AGAINST SATAN'S GOVERNMENT 3. ISSUANCE OF ARREST BENCH WARRANTS / BAIL AMOUNT $250,000.00 PURSUANT TO 28 U.S.C. 144 (a)(b) et. Seq. ; 18 U.S.C. 241 ; 242; 1113; 2261 ; 1201 ( a) ; 2381 ; FEDERAL CRIMINAL STATUTES AND FEDERAL R.I.C.O. ACT OF 1970 ET. SEQ. HEARING SHALL BE HEARD ON OR BEFORE NOVEMBER 25, 2026 TO CURE. ( Proposed ) ORDER THEREON**

**DATE: November 23, 2026**
**TIME:8:30 am or soon thereafter to be Heard**
**DEPT. : T.B.D. - CHAMBERS**
**LOC.: 202 Harlow Street, Bangor, ME 04401**

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

## DECLARATION OF ADRIAN DAMICO MOON

## MEMORANDUM OF POINTS AND AUTHORITIES

**I AM ADRIAN DAMICO MOON,** ( hereinafter , referred to as 'daredeemer ') Plaintiff Attorney In Pro se, Hue-man of da third shade, Israelite , Chosen one, begotten son of da Almighty Creator Sovereignty of da Universe in da mighty names of Yahawshi , Yeshua, Jesus Christ da Messiah… paragon , with integrity, and veracity proclaim and decree,

1. 'daredeemer' re-alleges and incorporates by this reference da entire case files of cases**: Moon vs. Boddie et. al.** 1:26-cv-0560-RBW, U.S. District Court, D.C. and All and Any Criminal Misconduct Complaints filed in any Court in da United States of America as set forth fully herein.

2. Defendants Lance Edward Walters, Indira Talwani, Tanya Sue Chutkan, Denise Jefferson Casper, Reggie Barnett Walton, Jill Christie Boddie, Christopher Reid Cooper, James Emanuel Boasberg, Elizabeth Carroll Wingo, Michael Ryan, Anna Elizabeth Blackburne-Rigsby, Beryl Alaine Howell, Satan, Donald John Trump, Muriel Bowser under da guise of Employees as an Organized Crime Syndicate at da behest of Lucifer da fallen Loser, known to 'daredeemer' as C.C.B. inc. with vicious , evil , heinous , Hamas Domestic Terrorism, criminally conspired , actively participated , aided , and abetted in crimes against 'daredeemer' to include , but not limited to : Attempted Murder, Accessory to Murder, Extortion, Bribery , Obstruction of Justice, Stalking, Perjury, Kidnapping for Ransom, Profit and Convict Leasing Racketeering , Habeas, Malfeasance, Malpractice, Diabolical schemes…

FROM DA KINGDOM OF Adrian 'daredeemer'

By Proclamation And Decree Under da Blood of Yeshua Jesus Christ da Messiah...

**Wherefore, 'daredeemer' is in fervent prayer that Defendant grant da relief sought,**

1. **It is hereby ordered by proclamation and decree that Defendant Lance Edward Walters is Disqualified and Recuse, Forthwith…**
2. **It is hereby ordered by proclamation and decree that this instant case is transmitted and consolidated into lead case Moon vs Boddie, 1:26-cv-0560-RBW, in da U.S. District Court, D.C. Forthwith…**
3. **It is hereby ordered by proclamation and decree that all of da above-name Defendants in paragraph ( 2.) all and any rulings , orders, dismissals, whereby Adrian Damico Moon, was, is , and to be, a party or non-party to those actions are Vacated , Set-aside , and Stricken from all court records , NUNC PRO TUNC, FORTHWITH…**
4. **It is hereby ordered by proclamation and decree that Defendants President Donald John Trump and Muriel Bowser, Mayor of District of Columbia, collectively shall by Executive Order pay Plaintiff Adrian Damico Moon da one lump sum of Seven ( 7) Billions Dollars through da Justice Fund for a Default Judgment against Satan, Lucifer da fallen Loser's Government, on or before December 1, 20225 without Fail, Forthwith…**
5. **It is hereby ordered by proclamation and decree that Criminal Arrest Warrants/ Bail Amount of $250,000.00 shall issue immediately against Defendants Indira Talwani, Denise Jefferson Casper, Jill Christie Boddie,**

**James Emanuel Boasberg, Tanya Sue Chatkan, Christopher Reid Cooper, Anna Elizabeth Blackburne-rigsby, Elizabeth Carroll Wingo, Muriel Bowser, Reggie Barnett Walton, John C. Nivision, John Roberts , jr. , forthwith…**

**'daredeemer' proclaim and decree under da penalty of sin that da foregoing is true and correct so help ME God!!! AMEN AND AMEN**

**DATED: November 23, 2026**

**By: ______________________________**
**KING Adrian 'daredeemer' Moon, Attorney In Pro se**

**ORDER**

**FOR GOOD CAUSE SHOWING AND AGREED UPON BY ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND ON THIS COURT'S OWN MOTION, IT IS SO ORDERED.**

**DATED : November 23, 2026**

______________________________
**HONORABLE LANCE EDWARD WALTERS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT DISTRICT OF MAINE**